UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**JOAN ELIZABETH JACOBS**                                                                   **PLAINTIFF**

**V.**                                                     **CIVIL ACTION NO.1:07CV653 LTS-RHW**

**MARKEL INSURANCE COMPANY, ET AL.**                      **DEFENDANTS**

<u>**ORDER OF REMAND**</u>

In accordance with the Memorandum Opinion I have this day signed, it is hereby

**ORDERED**

That the plaintiff's motion [7] to remand is hereby **GRANTED**;

That this action is hereby **REMANDED** to the Chancery Court of Harrison County, Mississippi;

That the Clerk of Court shall take the steps necessary to return this action to the court from which it was removed; and

That the other motions [11] [25] [34] [39] [40] [43] pending in this action are **DENIED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

**SO ORDERED** this 17th day of June, 2008.

                                                                        s/ L. T. Senter, Jr.
                                                                        L. T. SENTER, JR.
                                                                        SENIOR JUDGE